EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br>   José A. Ortiz Lozada | 2007 TSPR 232<br><br>172 DPR \_\_\_\_ |

Número del Caso: CP-2006-22

Fecha: 15 de octubre de 2007

Oficina del Procurador General:

Lcda. Sylvia Roger Stefani
Procuradora General Auxiliar

Materia: Conducta Profesional

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In Re:

José A. Ortiz Lozada                    CP-2006-22

PER CURIAM

San Juan, Puerto Rico, a 15 de octubre de 2007.

El 7 de diciembre de 2006, el Procurador General de Puerto Rico presentó una querella en contra del Lic. José A. Ortiz Lozada, imputándole varias faltas graves a la ética profesional.

El 15 de diciembre de 2006, emitimos una Resolución concediéndole al licenciado Ortiz Lozada un término de diez días para contestar la querella referida.

En vista de que Ortiz Lozada no contestó de modo alguno la Resolución mencionada antes, ni contestó la querella que tenía pendiente, el 13 de abril de 2007 emitimos otra Resolución concediéndole a Ortiz Lozada un término de veinte días para mostrar causa por la cual no debíamos imponerle sanciones por su incumplimiento con nuestra Resolución anterior.

Además, apercibimos a Ortiz Lozada que su incumplimiento con esta segunda Resolución conllevaría su suspensión automática del ejercicio de la abogacía. Esta Resolución fue notificada personalmente por un alguacil del Tribunal el 4 de junio de 2007.

Ortiz Lozada también ha hecho caso omiso de nuestra Resolución del 13 de abril de 2007. No ha comparecido ante nos de modo alguno.

II

Reiteradamente hemos resuelto que los abogados tienen la responsabilidad de cumplir diligentemente las órdenes y requerimientos de este Tribunal. Hemos insistido una y otra vez que el incumplimiento con este deber, conllevará la suspensión del ejercicio profesional. *In re Grau Díaz*, res. el 29 de marzo de 2006, 167 D.P.R. ___, 2006 TSPR 68, 2006 JTS 77; *In re*: Ríos Pérez, res. el 24 de marzo de 2006, 167 D.P.R. ___, 2006 TSPR 125, 2006 JTS 134; *In re*: García Enchautegui, res. el 3 de mayo de 2005, 164 D.P.R. ___, 2005 TSPR 62, 2005 JTS 67; *In re:* Lind Casado I, res. el 8 de abril de 2005, 164 D.P.R. ___, 2005 TSPR 57, 2005 JTS 61; *In re*: Quiñones Cardona, res. el 18 de marzo de 2005, 164 D.P.R. ___, 2005 TSPR 53, 2005 JTS 59; *In re:* Negrón Negrón, res. el 27 de diciembre de 2004, 163 D.P.R. ___, 2005 TSPR 5, 2005 JTS 10; *In re*: Surillo Ascar, res. el 10 de diciembre de 2004, 163 D.P.R. ___, 2004 TSPR 214, 2005 JTS 6.

En el caso de autos, Ortiz Lozada ha fallado crasamente con el deber aludido. Sus continuos incumplimientos con los requerimientos de este Tribunal reflejan que no le interesa continuar ejerciendo la abogacía. Por ende, se le suspende indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a José Aníbal Ortiz Lozada el deber de notificar a todos sus clientes de su inhabilidad para seguir representándolos, devolverles cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta opinión Per Curiam y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Se dictará sentencia de conformidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

José A. Ortiz Lozada                    CP-2006-22

SENTENCIA

San Juan, Puerto Rico, a 15 de octubre de 2007.

Por los fundamentos expuestos en la Opinión Per Curiam que antecede, la cual se hace formar parte de la presente Sentencia, se le suspende indefinidamente del ejercicio de la abogacía y la notaría.

Se le impone a José A. Ortiz Lozada el deber de notificar a todos sus clientes de su presente inhabilidad para seguir representándolos, devolver- les cualesquiera honorarios recibidos por trabajos no realizados e informar oportunamente de su suspensión a los distintos foros judiciales y administrativos del país.

Además, deberá acreditar a este Tribunal el cumplimiento con lo anterior dentro del término de treinta días a partir de la notificación de esta Opinión Per Curiam y Sentencia.

Finalmente, el Alguacil de este Tribunal deberá incautarse de la obra y sello notarial del abogado suspendido y entregar los mismos a la Directora de la Oficina de Inspección de Notarías para la correspondiente investigación e informe.

Lo pronunció, manda el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Asociado señor Rebollo López y la Juez Asociada señora Rodríguez Rodríguez no intervinieron.



                         Aida Ileana Oquendo Graulau
                         Secretaria del Tribunal Supremo